472 A.2d 238

Commonwealth v. Shaw, Appellant.

Submitted September 9, 1983. Raymond E. Kumor, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.